# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * <br> **IAN, EVAN & ALEXANDER CORP.,** <br><br>         **Protestor,** <br><br> **v.** <br><br> **UNITED STATES,** <br><br>         **Defendant,** <br><br> **v.** <br><br> **XCELERATE SOLUTIONS,** <br><br>         **Defendant-Intervenor.** <br> * * * * * * * * * * * * * * * * * * * | **No. 18-1C** <br> **Filed: January 19, 2018** |

## O R D E R

After the submission of briefs and a hearing on January 18, 2018, on January 19, 2018, the court orally described the basis for and issued a permanent injunction in the above-captioned case. As discussed with the parties, the court **GRANTS** the protestor's motion for judgment on the Administrative Record. The court **DENIES** the defendant's motion to dismiss and cross-motion for judgment on the Administrative Record and the defendant-intervenor's cross-motion for judgment on the Administrative Record. A written opinion will follow.

    **IT IS SO ORDERED**.

                                                    s/Marian Blank Horn
                                               **MARIAN BLANK HORN**
                                                    **Judge**